No. 686. West Coast Exploration Co. *v.* McKay, Secretary of the Interior. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Edward D. Neuhoff* and *Ray L. Jenkins* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Morton, Roger P. Marquis* and *Fred W. Smith* for respondent.

No. 687. Seven-Up Washington, Inc. et al. *v.* District of Columbia. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *William E. Furey* and *Stephen G. Ingham* for petitioners. *Vernon E. West, Chester H. Gray* and *George C. Updegraff* for respondent.

No. 688. O'Keefe et al. *v.* New York. County Court of Broome County, New York. Certiorari denied. *Louis R. Frumer* for petitioners.

No. 689. Fort Pitt Brewing Co. *v.* Commissioner of Internal Revenue. C. A. 3d Cir. Certiorari denied. *Sidney B. Gambill* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland* and *Ellis N. Slack* for respondent.

No. 698. Hillgren *v.* Kwikset Locks, Inc. et al. C. A. 9th Cir. Certiorari denied. *Hamer H. Jamieson* for petitioner. *Fred H. Miller* for respondents.

No. 705. Switchmen's Union of North America et al. *v.* Ogden Union Railway & Depot Co. et al. C. A. 10th Cir. Certiorari denied. *Solomon Sachs* and